UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUANE HAYES, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )  No. 1:25-cv-00483-JMS-KMB |
| MARK SEVIER, *et al.,* | ) ) ) |
| *Defendants.* | ) ) |

**ORDER**

*Pro se* Plaintiff Duane Hayes is incarcerated at the New Castle Correctional Facility and filed this lawsuit under 42 U.S.C. § 1983. [Filing No. 1-2.] The Court screen his Complaint pursuant to 28 U.S.C. § 1915(a), (c), and found that it failed to state a claim. [Filing No. 10.] The Court dismissed Mr. Hayes' claims but clarified that this would not result in the dismissal of the entire case at that time. [Filing No. 10.] Mr. Hayes was given until June 15, 2025, to file an Amended Complaint. [Filing No. 10.] To assist him, the Court provided a copy of the prisoner civil rights complaint form. [Filing No. 10; Filing No. 10-1.] The Court also warned that if he failed to file an Amended Complaint by the deadline, the case would be dismissed without any further notice or chance to explain. [Filing No. 10.]

Mr. Hayes has not filed an Amended Complaint. The Court therefore **DISMISSES WITH PREJUDICE** this action **FOR FAILURE TO STATE A CLAIM**. *See Paul v. Marberry*, 658 F.3d 702, 705-06 (7th Cir. 2011). Final judgment shall issue accordingly.

Date: 7/22/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

1

**Distribution via U.S. Mail to:**

DUANE HAYES
220817
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362